# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| MAZHER, MOHAMMED M | § | Case No. 13-20360 TAD |
| KHAN, SHIREEN | § | |
| | § | |
| | § | |
| Debtors | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 05/14/2013. The undersigned trustee was appointed on 05/14/2013.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of           $      4,650.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---|
   | Payments made under an interim disbursement | 0.00 |
   | Administrative expenses | 5.89 |
   | Bank service fees | 190.00 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |

   Leaving a balance on hand of[1]           $      4,454.11

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 04/17/2014 and the deadline for filing governmental claims was 04/17/2014 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 1,162.50 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 1,162.50 , for a total compensation of $ 1,162.50 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 03/01/2016                By:/s/Joseph A. Baldi
                                                   Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1
Exhibit A

| Case No: | 13-20360 | Judge: Timothy A. Barnes | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|---|
| Case Name: | MAZHER, MOHAMMED M | | Date Filed (f) or Converted (c): | 05/14/13 (f) |
| | KHAN, SHIREEN | | 341(a) Meeting Date: | 07/18/13 |
| For Period Ending: | 03/01/16 | | Claims Bar Date: | 04/17/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1721 Pin Oak Lane, Elgin IL; the foreclosure sale stay modified 5/28/13 | 267,000.00 | 0.00 | | 0.00 | FA |
| 2. nominal cash | 75.00 | 0.00 | | 0.00 | FA |
| 3. checking and savings at Chase | 200.00 | 0.00 | | 0.00 | FA |
| 4. checking at Cap One | 3,000.00 | 0.00 | | 0.00 | FA |
| 5. misc furniture furnishings and electronics | 450.00 | 0.00 | | 0.00 | FA |
| 6. clothing | 300.00 | 0.00 | | 0.00 | FA |
| 7. necklase | 2,000.00 | 0.00 | | 0.00 | FA |
| 8. 529 plan; at Chase; $1800 deposited in the last y | 5,800.00 | 0.00 | | 0.00 | FA |
| 9. IRA at Chase | 17,000.00 | 0.00 | | 0.00 | FA |
| 10. 2003 Toyota Carolla; I had my name on this for co | 4,000.00 | 0.00 | | 0.00 | FA |
| 11. 2008 Accura MDX  Sold to Debtors per order 9/27/13; payable in installments; Debtors had unexpected financial difficulty and were not able to make payments as ordered; installment payments were to be completed by Nov. 2014; as of Nov. 2015, $350 remains unpaid to Estate; Trustee believes that keeping case open pending receipt of the unpaid balance will unreasonably delay the closing of this case; Further, the collection of the unpaid balance will only slightly increase the dividend to the Estate's priority creditor. Trustee proposes to abandon unpaid balance at closing. | 16,000.00 | 5,000.00 | | 4,650.00 | FA |
| 12. 2013 Honda Accord | 20,000.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets
TOTALS (Excluding Unknown Values)   $335,825.00   $5,000.00   $4,650.00   $0.00
(Total Dollar Amount in Column 6)

Case 13-20360   Doc 35   Filed 03/10/16   Entered 03/10/16 08:32:06   Desc Main
Document      Page 4 of 12

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 2
Exhibit A

| | | | |
|---|---|---|---|
| Case No: | 13-20360   Judge: Timothy A. Barnes | Trustee Name: | Joseph A. Baldi |
| Case Name: | MAZHER, MOHAMMED M | Date Filed (f) or Converted (c): | 05/14/13 (f) |
| | KHAN, SHIREEN | 341(a) Meeting Date: | 07/18/13 |
| | | Claims Bar Date: | 04/17/14 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Dec 2015: Unpaid balance is $350. Collection of unpaid balance will only increase dividend to priority tax creditor by 4% and is causing unreasonable delay in closing case; Trustee proposes to abandon unpaid balance at closing so that case can be closed

July 22, 2015, 04:35 pm Debtor experienced financial dificulty, reduced payments to $250 per month, balance due of $600 as of July. Once payments complete, will prepare TFR.

July 2014: Trustee sold equity in Acura to Debtors pursuant to court order dated 9/27/13; Sale proceeds to be paid by Debtors in installments. Final installment payment was due November 2014; Debtors have paid $100 less per month than per agreement and were late with some monthly payments; Debtors are back to making regular payments, albeit in amount less than as ordered; based upon the reduced monthly payment, payments will be made in full by March 2015, upon receipt of all funds in satisfaction of sale of vehicle; Trustee will review claims and prepare TFR

Initial Projected Date of Final Report (TFR): 03/30/15        Current Projected Date of Final Report (TFR): 12/31/15

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit B

| Case No: | 13-20360 -TAD | | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|---|
| Case Name: | MAZHER, MOHAMMED M | | Bank Name: | Associated Bank |
| | KHAN, SHIREEN | | Account Number / CD #: | *******6859 Checking Account |
| Taxpayer ID No: | *******9380 | | | |
| For Period Ending: | 03/01/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/20/13 | | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | 600.00 | | 600.00 |
| 01/10/14 | 11 | MOHAMMED MAZHER<br>573 Limerick Drive<br>Elgin, IL 60124-4353 | SETTLEMENT - VEHICLE | 1129-000 | 300.00 | | 900.00 |
| 02/05/14 | 003001 | International Sureties<br>701 Poydras Street #420<br>New Orleans, LA 70139 | Bond Premium Payment<br>Annual premium payment | 2300-000 | | 0.72 | 899.28 |
| 04/02/14 | 11 | MOHAMMED MAZHER<br>573 Limerick Drive<br>Elgin, IL 60124-4353 | SETTLEMENT - VEHICLE | 1129-000 | 300.00 | | 1,199.28 |
| 05/02/14 | 11 | MOHAMMED MAZHER<br>573 Limerick Drive<br>Elgin, IL 60124-4353 | SETTLEMENT - VEHICLE | 1129-000 | 300.00 | | 1,499.28 |
| 05/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 1,489.28 |
| 05/30/14 | 11 | MOHAMMED MAZHER<br>573 Limerick Drive<br>Elgin, IL 60124-4353 | SETTLEMENT - VEHICLE | 1129-000 | 300.00 | | 1,789.28 |
| 06/06/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 1,779.28 |
| 06/30/14 | 11 | MOHAMMED MAZHER<br>573 Limerick Drive<br>Elgin, IL 60124-4353 | SETTLEMENT - VEHICLE | 1129-000 | 300.00 | | 2,079.28 |
| 07/08/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,069.28 |
| 08/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,059.28 |
| 08/21/14 | 11 | MOHAMMED MAZHER<br>573 Limerick Drive<br>Elgin, IL 60124-4353 | SETTLEMENT - VEHICLE | 1129-000 | 500.00 | | 2,559.28 |
| 09/08/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,549.28 |
| 10/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,539.28 |

Page Subtotals  2,600.00  60.72

FORM 2

Page: 2

Exhibit B

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 13-20360 -TAD | | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|---|
| Case Name: | MAZHER, MOHAMMED M | | Bank Name: | Associated Bank |
| | KHAN, SHIREEN | | Account Number / CD #: | *******6859 Checking Account |
| Taxpayer ID No: | *******9380 | | | |
| For Period Ending: | 03/01/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/30/14 | 11 | MOHAMMED MAZHER<br>573 Limerick Drive<br>Elgin, IL 60124-4353 | SETTLEMENT - VEHICLE | 1129-000 | 300.00 | | 2,839.28 |
| 11/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,829.28 |
| 12/05/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,819.28 |
| 01/08/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,809.28 |
| 02/06/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,799.28 |
| 02/20/15 | 003002 | ARTHUR B. LEVINE COMPANY<br>60 East 42nd Street<br>Room 965<br>New York, New York 10165 | 2015 Bond premium | 2300-000 | | 1.94 | 2,797.34 |
| 03/06/15 | 11 | MOHAMMED MAZHER<br>573 Limerick Drive<br>Elgin, IL 60124-4353 | SETTLEMENT - VEHICLE | 1129-000 | 500.00 | | 3,297.34 |
| 03/06/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,287.34 |
| 04/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,277.34 |
| 04/10/15 | 11 | MOHAMMED MAZHER<br>573 Limerick Drive<br>Elgin, IL 60124-4353 | SETTLEMENT: VEHICLE | 1129-000 | 250.00 | | 3,527.34 |
| 05/07/15 | 11 | MOHAMMED MAZHER<br>573 Limerick Drive<br>Elgin, IL 60124-4353 | SETTLEMENT: VEHICLE | 1129-000 | 250.00 | | 3,777.34 |
| 05/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,767.34 |
| 06/03/15 | 11 | MOHAMMED MAZHER<br>573 Limerick Drive<br>Elgin, IL 60124-4353 | Settlement: VEHICLE | 1129-000 | 250.00 | | 4,017.34 |
| 06/05/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,007.34 |
| 07/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,997.34 |
| 07/09/15 | 11 | MOHAMMED MAZHER | SETTLEMENT - VEHICLE | 1129-000 | 250.00 | | 4,247.34 |

Page Subtotals    1,800.00    91.94

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 3
Exhibit B

| Case No: | 13-20360 -TAD | | Trustee Name: | Joseph A. Baldi |
| Case Name: | MAZHER, MOHAMMED M | | Bank Name: | Associated Bank |
| | KHAN, SHIREEN | | Account Number / CD #: | *******6859 Checking Account |
| Taxpayer ID No: | *******9380 | | | |
| For Period Ending: | 03/01/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/05/15 | 11 | 573 Limerick Drive<br>Elgin, IL 60124-4353<br>MOHAMMED MAZHER | SETTLEMENT: VEHICLE | 1129-000 | 250.00 | | 4,497.34 |
| 08/07/15 | | 573 Limerick Drive<br>Elgin, IL 60124-4353<br>Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,487.34 |
| 09/08/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,477.34 |
| 10/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,467.34 |
| 11/06/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,457.34 |
| 02/15/16 | 003003 | ARTHUR B. LEVINE COMPANY<br>370 Lexington Avenue, Suite 1101<br>New York, NY 10017 | Bond Premium Payment<br>2016 Bond Premium Payment | 2300-000 | | 3.23 | 4,454.11 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 4,650.00 | 195.89 | 4,454.11 |
| Less: Bank Transfers/CD's | 600.00 | 0.00 | |
| Subtotal | 4,050.00 | 195.89 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 4,050.00 | 195.89 | |

Page Subtotals  250.00  43.23

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*

LFORM24

Ver: 19.05f

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 4
Exhibit B

| Case No: | 13-20360 -TAD | | Trustee Name: | Joseph A. Baldi |
| Case Name: | MAZHER, MOHAMMED M | | Bank Name: | Congressional Bank |
| | KHAN, SHIREEN | | Account Number / CD #: | *******0003 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9380 | | | |
| For Period Ending: | 03/01/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/06/13 | 11 | MOHAMMED MAZHER | SETTLEMENT - VEHICLE | 1129-000 | 300.00 | | 300.00 |
| 11/25/13 | 11 | MOHAMMED MAZHER | SETTLEMENT - VEHICLE | 1129-000 | 300.00 | | 600.00 |
| | | 573 Limerick Drive | | | | | |
| | | Elgin, IL 60124-4353 | | | | | |
| 12/20/13 | | Trsf To Associated Bank | FINAL TRANSFER | 9999-000 | | 600.00 | 0.00 |

|   |   |   |
|---|---|---|
| COLUMN TOTALS | 600.00 | 600.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 600.00 | |
| Subtotal | 600.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 600.00 | 0.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********6859 | 4,050.00 | 195.89 | 4,454.11 |
| Checking Account (Non-Interest Earn - ********0003 | 600.00 | 0.00 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 4,650.00 | 195.89 | 4,454.11 |
| | ============= | ============= | ============= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals  600.00   600.00

| | | EXHIBIT C | | | |
|---|---|---|---|---|---|
| Page 1 | | ANALYSIS CLAIMS REGISTER | | | Date: March 01, 2016 |

Case Number: 13-20360  
Debtor Name: MAZHER, MOHAMMED M

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000001 050 4210-00 | American Honda Finance Corporation P.O. Box 168088 Irving, TX 75016-8088 | Secured | | $0.00 | $0.00 | $0.00 |
| 001 2100-00 | Joseph A. Baldi, Trustee c/o Baldi Berg, Ltd. 20 N Clark Street, Ste. 200 Chicago, Illinois 60602 | Administrative | | $1,162.50 | $0.00 | $1,162.50 |
| 001 3110-00 | BALDI BERG 20 NORTH CLARK STREET SUITE 200 CHICAGO, IL 60602 | Administrative | | $1,187.50 | $0.00 | $1,187.50 |
| BOND 001 2300-00 | International Sureties 701 Poydras Street #420 New Orleans, LA 70139 | Administrative | 2221656859   02/05/14   3001 | $0.72  | $0.72 0.72 | $0.00 |
| BOND 001 2300-00 | ARTHUR B. LEVINE COMPANY 60 East 42nd Street Room 965 New York, New York 10165 | Administrative | 2221656859   02/20/15   3002 2221656859   02/15/16   3003 | $5.17 | $5.17 1.94 3.23 | $0.00 |
| 000003A 058 5800-00 | Internal Revenue Service Dept. of the Treasury P.O. Box 7346 Philadelphia, PA 19101-7346 | Priority | | $8,829.57 | $0.00 | $8,829.57 |
| 000002 070 7100-00 | West Suburban Bank co Gina B. Krol 105 W. Madison St #1100 Chicago, IL 60602 | Unsecured | | $126,977.23 | $0.00 | $126,977.23 |
| 000003 070 7100-00 | Internal Revenue Service Dept. of the Treasury P.O. Box 7346 Philadelphia, PA 19101-7346 | Unsecured | | $1,539.26 | $0.00 | $1,539.26 |
| 000004 070 7100-00 | Asset Acceptance LLC assignee FIFTH THIRD BANK PO Box 2036 Warren, MI 48090 | Unsecured | | $9,077.95 | $0.00 | $9,077.95 |
| | Case Totals: | | | $148,779.90 | $5.89 | $148,774.01 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 13-20360 TAD
Case Name: MAZHER, MOHAMMED M
        KHAN, SHIREEN
Trustee Name: Joseph A. Baldi

                Balance on hand                                $       4,454.11

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000001 | American Honda Finance Corporation | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

        Total to be paid to secured creditors                  $           0.00

        Remaining Balance                                      $       4,454.11

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Joseph A. Baldi | $ 1,162.50 | $ 0.00 | $ 1,162.50 |
| Attorney for Trustee Fees: BALDI BERG | $ 1,187.50 | $ 0.00 | $ 1,187.50 |
| Other: ARTHUR B. LEVINE COMPANY | $ 5.17 | $ 5.17 | $ 0.00 |
| Other: International Sureties | $ 0.72 | $ 0.72 | $ 0.00 |

        Total to be paid for chapter 7 administrative expenses  $       2,350.00

        Remaining Balance                                       $       2,104.11

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 8,829.57 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000003A | Internal Revenue Service | $ 8,829.57 | $ 0.00 | $ 2,104.11 |
| | Total to be paid to priority creditors | | | $ 2,104.11 |
| | Remaining Balance | | | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 137,594.44 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | West Suburban Bank | $ 126,977.23 | $ 0.00 | $ 0.00 |
| 000004 | Asset Acceptance LLC | $ 9,077.95 | $ 0.00 | $ 0.00 |
| 000003 | Internal Revenue Service | $ 1,539.26 | $ 0.00 | $ 0.00 |
| | Total to be paid to timely general unsecured creditors | | | $ 0.00 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE