# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re: §
§
MAZHER, MOHAMMED M § Case No. 13-20360
KHAN, SHIREEN §
§
§
Debtors §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Joseph A. Baldi, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
U.S. Bankruptcy Court
219 S. Dearborn, 7th Floor
Chicago, Illinois  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at :
10:30 a.m., on Tuesday, April 12, 2016
in Courtroom   744, U.S. Courthouse
219 S. Dearborn St., Chicago, IL

If no objections are filed, upon entry of an order on the fee applications, the Trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____          By: Jeffrey P. Allsteadt_____
                                             Clerk of Bankruptcy Court


*Joseph A. Baldi*
*20 N. Clark St. Suite 200*
*Chicago, IL 60602*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: § | | |
| § | | |
| MAZHER, MOHAMMED M § | | Case No. 13-20360 |
| KHAN, SHIREEN § | | |
| § | | |
| Debtors § | | |

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 4,650.00 |
| and approved disbursements of | $ | 195.89 |
| leaving a balance on hand of[1] | $ | 4,454.11 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 000001 | American Honda Finance Corporation | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

| | |
|---|---|
| Total to be paid to secured creditors | $ 0.00 |
| Remaining Balance | $ 4,454.11 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Joseph A. Baldi | $ 1,162.50 | $ 0.00 | $ 1,162.50 |
| Attorney for Trustee Fees: BALDI BERG | $ 1,187.50 | $ 0.00 | $ 1,187.50 |
| Other: ARTHUR B. LEVINE COMPANY | $ 5.17 | $ 5.17 | $ 0.00 |
| Other: International Sureties | $ 0.72 | $ 0.72 | $ 0.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 2,350.00 |
| Remaining Balance | $ | 2,104.11 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 8,829.57 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000003A | Internal Revenue Service | $ 8,829.57 | $ 0.00 | $ 2,104.11 |

| | | |
|---|---|---|
| Total to be paid to priority creditors | $ | 2,104.11 |
| Remaining Balance | $ | 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 137,594.44 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000002 | West Suburban Bank | $ 126,977.23 | $ 0.00 | $ 0.00 |
| 000004 | Asset Acceptance LLC | $ 9,077.95 | $ 0.00 | $ 0.00 |
| 000003 | Internal Revenue Service | $ 1,539.26 | $ 0.00 | $ 0.00 |

| | | |
|---|---|---|
| Total to be paid to timely general unsecured creditors | $ | 0.00 |
| Remaining Balance | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/_____
Joseph A. Baldi, Trustee

*Joseph A. Baldi*
*20 N. Clark St. Suite 200*
*Chicago, IL 60602*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 13-20360-TAB
Mohammed M Mazher                                                   Chapter 7
Shireen Khan
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: mhenley              Page 1 of 1              Date Rcvd: Mar 11, 2016
                              Form ID: pdf006            Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 13, 2016.
```
db          #+Mohammed M Mazher,    1721 Pinoak Lane,    Elgin, IL 60120-9221
jdb          +Shireen Khan,    1721 Pinoak Lane,    Elgin, IL 60120-9221
20481726     +Bradley Sayad,    P.O. Box 2123,    Warren MI 48090-2123
20481727     +Fifth Third Bank,    5050 Kingsley Dr.,    MD# 1MOC2G,    Cincinnati, OH 45227-1115
20481730     +West Suburban Bank,    co Gina B. Krol,    105 W. Madison St  #1100,    Chicago, IL 60602-4600
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
20481724      E-mail/Text: ebnbankruptcy@ahm.honda.com Mar 12 2016 01:43:42     American Honda Finance Corp,
              P.O. Box 5308,    Elgin  IL  60121-5308
21022302      E-mail/Text: ebnbankruptcy@ahm.honda.com Mar 12 2016 01:43:42
              American Honda Finance Corporation,    P.O. Box 168088,    Irving, TX 75016-8088
20481723     +E-mail/Text: aacbankruptcynotice@affiliated.org Mar 12 2016 01:44:16
              Affiliated Acceptance Corp,    P.O. Box 790001,    Sunrise Beach,  Missouri 65079-9001
20481725      E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Mar 12 2016 01:43:11     Asset Acceptance,
              P.O. Box 2036,    Warren, MI  48090-2036
21469764     +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Mar 12 2016 01:43:11     Asset Acceptance LLC,
              assignee  FIFTH THIRD BANK,     PO Box 2036,    Warren, MI 48090-2036
20481728     +E-mail/Text: bankruptcy@gsb.com Mar 12 2016 01:43:52     Glenview Bank,    800 Waukegan Road,
              Glenview, IL 60025-4310
20481729      E-mail/Text: cio.bncmail@irs.gov Mar 12 2016 01:42:32     Internal Revenue Service,
              Dept. of the Treasury,    P.O. Box 7346,    Philadelphia, PA   19101-7346
                                                                                              TOTAL: 7

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty              Baldi Berg & Wallace Ltd
                                                                                              TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 13, 2016                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 10, 2016 at the address(es) listed below:
```
              Arnold H. Landis    on behalf of Creditor    Glenview State Bank arnoldlandis1@ameritech.net,
               jglandislaw@yahoo.com;cle@ameritech.net;skarova@ameritech.net;bryantthompson@ameritech.net;skarova
               @landislaw.net;bthompson@landislaw.net;cle@landislaw.net;alandis@landislaw.net
              Daniel K Robin    on behalf of Debtor 1 Mohammed M Mazher danatlaw@aol.com
              Daniel K Robin    on behalf of Debtor 2 Shireen  Khan danatlaw@aol.com
              Gina B Krol, ESQ    on behalf of Creditor    West Suburban Bank gkrol@cohenandkrol.com,
               gkrol@cohenandkrol.com;gsullivan@cohenandkrol.com;jneiman@cohenandkrol.com
              Joseph A Baldi    on behalf of Trustee Joseph A Baldi, Tr jabaldi@baldiberg.com,
               jmanola@baldiberg.com
              Joseph A Baldi, Tr    jabaldi@baldiberg.com,  jbaldi@ecf.epiqsystems.com;jmanola@baldiberg.com
              Joseph A Baldi, Tr    on behalf of Trustee Joseph A Baldi, Tr jabaldi@baldiberg.com,
               jbaldi@ecf.epiqsystems.com;jmanola@baldiberg.com
              Julia D Loper    on behalf of Trustee Joseph A Baldi, Tr jloper@baldiberg.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                              TOTAL: 9
```