# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re: § | |
| § | |
| MAZHER, MOHAMMED M § | Case No. 13-20360 |
| KHAN, SHIREEN § | |
| § | |
| Debtors § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Joseph A. Baldi, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 298,525.00                    Assets Exempt: 24,700.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 2,104.11      Claims Discharged
                                                 Without Payment: 149,310.07

Total Expenses of Administration: 2,545.89

---

3) Total gross receipts of $ 4,650.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 4,650.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 452,000.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 2,545.89 | 2,545.89 | 2,545.89 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 20,000.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 5,359.00 | 136,055.18 | 136,055.18 | 2,104.11 |
| **TOTAL DISBURSEMENTS** | $ 477,359.00 | $ 138,601.07 | $ 138,601.07 | $ 4,650.00 |

4) This case was originally filed under chapter 7 on 05/14/2013 . The case was pending for 38 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/28/2016          By:/s/Joseph A. Baldi
                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2008 Accura MDX | 1129-000 | 4,650.00 |
| **TOTAL GROSS RECEIPTS** | | **$4,650.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Honda Finance Corp P.O. Box 5308 Elgin IL 60121-5308 | | 31,000.00 | NA | NA | 0.00 |
| | Fifth Third Bank 5050 Kingsley Dr. MD# 1MOC2G Cincinnati, OH 45263 | | 47,000.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Glenview Bank 800 Waukegan Road Glenview, IL 60025 | | 7,000.00 | NA | NA | 0.00 |
| | West Suburban Bank West Suburban Bank co Gina B. Krol 105 W. Madison St #1100 Chicago, IL 60602 | | 367,000.00 | NA | NA | 0.00 |
| 000001 | AMERICAN HONDA FINANCE CORPORATION | 4210-000 | NA | 0.00 | 0.00 | 0.00 |
| TOTAL SECURED CLAIMS | | | $ 452,000.00 | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH A. BALDI, TRUSTEE | 2100-000 | NA | 1,162.50 | 1,162.50 | 1,162.50 |
| ARTHUR B. LEVINE COMPANY | 2300-000 | NA | 5.17 | 5.17 | 5.17 |
| INTERNATIONAL SURETIES | 2300-000 | NA | 0.72 | 0.72 | 0.72 |
| Associated Bank | 2600-000 | NA | 190.00 | 190.00 | 190.00 |
| BALDI BERG | 3110-000 | NA | 1,187.50 | 1,187.50 | 1,187.50 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 2,545.89 | $ 2,545.89 | $ 2,545.89 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Internal Revenue Service Dept. of the Treasury P.O. Box 7346 Philadelphia, PA 19101-7346 | | 10,000.00 | NA | NA | 0.00 |
| 000003A | INTERNAL REVENUE SERVICE | 5800-000 | 10,000.00 | 0.00 | 0.00 | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 20,000.00 | $ 0.00 | $ 0.00 | $ 0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Affiliated Acceptance Corp P.O. Box 790001 Sunrise Beach, Missouri 656079 | | 909.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Asset Acceptance P.O. Box 2036 Warren, MI 48090-2036 Bradley Sayad P.O. Box 2123 Warren MI 48090 | | 4,450.00 | NA | NA | 0.00 |
| 000004 | ASSET ACCEPTANCE LLC | 7100-000 | NA | 9,077.95 | 9,077.95 | 140.39 |
| 000003 | INTERNAL REVENUE SERVICE | 7100-000 | NA | 0.00 | 0.00 | 0.00 |
| 000002 | WEST SUBURBAN BANK | 7100-000 | NA | 126,977.23 | 126,977.23 | 1,963.72 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 5,359.00 | $ 136,055.18 | $ 136,055.18 | $ 2,104.11 |

UST Form 101-7-TDR (10/1/2010) *(Page: 6)*

Case 13-20360 Doc 49 Filed 08/05/16 Entered 08/05/16 15:27:31 Desc Main
Document Page 7 of 13

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 13-20360 | Judge: Timothy A. Barnes | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|---|
| Case Name: | MAZHER, MOHAMMED M | | Date Filed (f) or Converted (c): | 05/14/13 (f) |
| | KHAN, SHIREEN | | 341(a) Meeting Date: | 07/18/13 |
| For Period Ending: | 06/28/16 | | Claims Bar Date: | 04/17/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 1721 Pin Oak Lane, Elgin IL; the foreclosure sale stay modified 5/28/13 | 267,000.00 | 0.00 | | 0.00 | FA |
| 2. nominal cash | 75.00 | 0.00 | | 0.00 | FA |
| 3. checking and savings at Chase | 200.00 | 0.00 | | 0.00 | FA |
| 4. checking at Cap One | 3,000.00 | 0.00 | | 0.00 | FA |
| 5. misc furniture furnishings and electronics | 450.00 | 0.00 | | 0.00 | FA |
| 6. clothing | 300.00 | 0.00 | | 0.00 | FA |
| 7. necklase | 2,000.00 | 0.00 | | 0.00 | FA |
| 8. 529 plan; at Chase; $1800 deposited in the last y | 5,800.00 | 0.00 | | 0.00 | FA |
| 9. IRA at Chase | 17,000.00 | 0.00 | | 0.00 | FA |
| 10. 2003 Toyota Carolla; I had my name on this for co | 4,000.00 | 0.00 | | 0.00 | FA |
| 11. 2008 Accura MDX  Sold to Debtors per order 9/27/13; payable in installments; Debtors had unexpected financial difficulty and were not able to make payments as ordered; installment payments were to be completed by Nov. 2014; as of Nov. 2015, $350 remains unpaid to Estate; Trustee believes that keeping case open pending receipt of the unpaid balance will unreasonably delay the closing of this case; Further, the collection of the unpaid balance will only slightly increase the dividend to the Estate's priority creditor. Trustee proposes to abandon unpaid balance at closing. | 16,000.00 | 5,000.00 | | 4,650.00 | FA |
| 12. 2013 Honda Accord | 20,000.00 | 0.00 | | 0.00 | FA |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $335,825.00 | $5,000.00 | | $4,650.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Case 13-20360   Doc 49   Filed 08/05/16   Entered 08/05/16 15:27:31   Desc Main
Document      Page 8 of 13

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page: 2

Exhibit 8

| | | | |
|---|---|---|---|
| Case No: | 13-20360   Judge: Timothy A. Barnes | Trustee Name: | Joseph A. Baldi |
| Case Name: | MAZHER, MOHAMMED M | Date Filed (f) or Converted (c): | 05/14/13 (f) |
| | KHAN, SHIREEN | 341(a) Meeting Date: | 07/18/13 |
| | | Claims Bar Date: | 04/17/14 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

June 2016:  The final hearing was held and the Trustee made his final distribution.  Trustee received funds back from IRS because the claim had been satisfied outside of the bankruptcy.  Trustee submitted a revised distribution report to the UST which was approved and filed on May 31, 2016.  Trustee made a supplement distribution and is currently waiting for those checks to clear.  Upon receiving a zero balance bank statement, Trustee will prepare his TDR.

March 09, 2016, 04:29 pm Submitted final report to UST on 3/3/16.  Final report filed with the Court on 3/10/16.

Dec 2015:  Unpaid balance is $350.  Collection of unpaid balance will only increase dividend to priority tax creditor by 4% and is causing unreasonable delay in closing case; Trustee proposes to abandon unpaid balance at closing so that case can be closed

July 22, 2015, 04:35 pm Debtor experienced financial difficulty, reduced payments to $250 per month, balance due of $600 as of July.  Once payments complete, will prepare TFR.

July 2014:  Trustee sold equity in Acura to Debtors pursuant to court order dated 9/27/13; Sale proceeds to be paid by Debtors in installments. Final installment payment was due November 2014; Debtors have paid $100 less per month than per agreement and were late with some monthly payments; Debtors are back to making regular payments, albeit in amount less than as ordered; based upon the reduced monthly payment, payments will be made in full by March 2015, upon receipt of all funds in satisfaction of sale of vehicle; Trustee will review claims and prepare TFR

Initial Projected Date of Final Report (TFR): 03/30/15         Current Projected Date of Final Report (TFR): 12/31/15

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 13-20360 -TAD | | Trustee Name: | Joseph A. Baldi |
| Case Name: | MAZHER, MOHAMMED M | | Bank Name: | Associated Bank |
| | KHAN, SHIREEN | | Account Number / CD #: | *******6859  Checking Account |
| Taxpayer ID No: | *******9380 | | | |
| For Period Ending: | 06/28/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/20/13 | | Trsf In From Congressional Bank | INITIAL WIRE TRANSFER IN | 9999-000 | 600.00 | | 600.00 |
| 01/10/14 | 11 | MOHAMMED MAZHER 573 Limerick Drive Elgin, IL 60124-4353 | SETTLEMENT - VEHICLE | 1129-000 | 300.00 | | 900.00 |
| 02/05/14 | 003001 | International Sureties 701 Poydras Street #420 New Orleans, LA 70139 | Bond Premium Payment Annual premium payment | 2300-000 | | 0.72 | 899.28 |
| 04/02/14 | 11 | MOHAMMED MAZHER 573 Limerick Drive Elgin, IL 60124-4353 | SETTLEMENT - VEHICLE | 1129-000 | 300.00 | | 1,199.28 |
| 05/02/14 | 11 | MOHAMMED MAZHER 573 Limerick Drive Elgin, IL 60124-4353 | SETTLEMENT - VEHICLE | 1129-000 | 300.00 | | 1,499.28 |
| 05/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 1,489.28 |
| 05/30/14 | 11 | MOHAMMED MAZHER 573 Limerick Drive Elgin, IL 60124-4353 | SETTLEMENT - VEHICLE | 1129-000 | 300.00 | | 1,789.28 |
| 06/06/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 1,779.28 |
| 06/30/14 | 11 | MOHAMMED MAZHER 573 Limerick Drive Elgin, IL 60124-4353 | SETTLEMENT - VEHICLE | 1129-000 | 300.00 | | 2,079.28 |
| 07/08/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,069.28 |
| 08/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,059.28 |
| 08/21/14 | 11 | MOHAMMED MAZHER 573 Limerick Drive Elgin, IL 60124-4353 | SETTLEMENT - VEHICLE | 1129-000 | 500.00 | | 2,559.28 |
| 09/08/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,549.28 |
| 10/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,539.28 |

Page Subtotals      2,600.00      60.72

Ver: 19.06a

LFORM24

UST Form 101-7-TDR (10/1/2010) (Page: 9)

FORM 2      Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**     Exhibit 9

| Case No: | 13-20360 -TAD | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|
| Case Name: | MAZHER, MOHAMMED M | Bank Name: | Associated Bank |
|  | KHAN, SHIREEN | Account Number / CD #: | *******6859 Checking Account |
| Taxpayer ID No: | *******9380 |  |  |
| For Period Ending: | 06/28/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/30/14 | 11 | MOHAMMED MAZHER<br>573 Limerick Drive<br>Elgin, IL 60124-4353 | SETTLEMENT - VEHICLE | 1129-000 | 300.00 | | 2,839.28 |
| 11/07/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,829.28 |
| 12/05/14 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,819.28 |
| 01/08/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,809.28 |
| 02/06/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 2,799.28 |
| 02/20/15 | 003002 | ARTHUR B. LEVINE COMPANY<br>60 East 42nd Street<br>Room 965<br>New York, New York 10165 | 2015 Bond premium | 2300-000 | | 1.94 | 2,797.34 |
| 03/06/15 | 11 | MOHAMMED MAZHER<br>573 Limerick Drive<br>Elgin, IL 60124-4353 | SETTLEMENT - VEHICLE | 1129-000 | 500.00 | | 3,297.34 |
| 03/06/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,287.34 |
| 04/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,277.34 |
| 04/10/15 | 11 | MOHAMMED MAZHER<br>573 Limerick Drive<br>Elgin, IL 60124-4353 | SETTLEMENT: VEHICLE | 1129-000 | 250.00 | | 3,527.34 |
| 05/07/15 | 11 | MOHAMMED MAZHER<br>573 Limerick Drive<br>Elgin, IL 60124-4353 | SETTLEMENT: VEHICLE | 1129-000 | 250.00 | | 3,777.34 |
| 05/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,767.34 |
| 06/03/15 | 11 | MOHAMMED MAZHER<br>573 Limerick Drive<br>Elgin, IL 60124-4353 | Settlement: VEHICLE | 1129-000 | 250.00 | | 4,017.34 |
| 06/05/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,007.34 |
| 07/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 3,997.34 |
| 07/09/15 | 11 | MOHAMMED MAZHER | SETTLEMENT - VEHICLE | 1129-000 | 250.00 | | 4,247.34 |

                                                    Page Subtotals     1,800.00     91.94

Ver: 19.06a

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 13-20360 -TAD | | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|---|
| Case Name: | MAZHER, MOHAMMED M | | Bank Name: | Associated Bank |
| | KHAN, SHIREEN | | Account Number / CD #: | *******6859  Checking Account |
| Taxpayer ID No: | *******9380 | | | |
| For Period Ending: | 06/28/16 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/05/15 | 11 | 573 Limerick Drive<br>Elgin, IL 60124-4353<br>MOHAMMED MAZHER<br>573 Limerick Drive<br>Elgin, IL 60124-4353 | SETTLEMENT: VEHICLE | 1129-000 | 250.00 | | 4,497.34 |
| 08/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,487.34 |
| 09/08/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,477.34 |
| 10/07/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,467.34 |
| 11/06/15 | | Associated Bank | BANK SERVICE FEE | 2600-000 | | 10.00 | 4,457.34 |
| 02/15/16 | 003003 | ARTHUR B. LEVINE COMPANY<br>370 Lexington Avenue, Suite 1101<br>New York, NY  10017 | Bond Premium Payment<br>2016 Bond Premium Payment | 2300-000 | | 3.23 | 4,454.11 |
| 04/28/16 | 003004 | Joseph A. Baldi, Trustee<br>c/o Baldi Berg, Ltd.<br>20 N Clark Street, Ste. 200<br>Chicago, Illinois  60602 | Trustee Compensation | 2100-000 | | 1,162.50 | 3,291.61 |
| 04/28/16 | 003005 | BALDI BERG<br>20 NORTH CLARK STREET<br>SUITE 200<br>CHICAGO, IL 60602 | Attorney for Trustee Fees (Trustee | 3110-000 | | 1,187.50 | 2,104.11 |
| * 04/28/16 | 003006 | Internal Revenue Service<br>Dept. of the Treasury<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Claim 000003A, Payment 23.83027% | 5800-003 | | 2,104.11 | 0.00 |
| * 05/23/16 | 003006 | Internal Revenue Service<br>Dept. of the Treasury<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Claim 000003A, Payment 23.83027%<br>Distribution check returned to Trustee with note indicating claim had been paid in full outside of bankruptcy estate | 5800-003 | | -2,104.11 | 2,104.11 |
| 05/31/16 | 003007 | West Suburban Bank<br>co Gina B. Krol | Claim 000002, Payment 1.54651% | 7100-000 | | 1,963.72 | 140.39 |
| | | | Page Subtotals | | 250.00 | 4,356.95 | |

Ver: 19.06a

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 11)*

FORM 2

Page: 4

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 13-20360 -TAD | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|
| Case Name: | MAZHER, MOHAMMED M | Bank Name: | Associated Bank |
|  | KHAN, SHIREEN | Account Number / CD #: | *******6859 Checking Account |
| Taxpayer ID No: | *******9380 |  |  |
| For Period Ending: | 06/28/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | | |
| | | | | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/31/16 | 003008 | 105 W. Madison St #1100<br>Chicago, IL 60602<br>Asset Acceptance LLC<br>assignee FIFTH THIRD BANK<br>PO Box 2036<br>Warren, MI 48090 | Claim 000004, Payment 1.54649% | 7100-000 |  | 140.39 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 4,650.00 | 4,650.00 | 0.00 |
| Less: Bank Transfers/CD's | 600.00 | 0.00 |
| Subtotal | 4,050.00 | 4,650.00 |
| Less: Payments to Debtors | | 0.00 |
| Net | 4,050.00 | 4,650.00 |

Page Subtotals    0.00    140.39

Ver: 19.06a

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 12)*

FORM 2

Page: 5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 13-20360 -TAD | Trustee Name: | Joseph A. Baldi |
|---|---|---|---|
| Case Name: | MAZHER, MOHAMMED M | Bank Name: | Congressional Bank |
|  | KHAN, SHIREEN | Account Number / CD #: | *******0003 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******9380 |  |  |
| For Period Ending: | 06/28/16 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  |  | BALANCE FORWARD |  |  |  | 0.00 |
| 09/06/13 | 11 | MOHAMMED MAZHER | SETTLEMENT - VEHICLE | 1129-000 | 300.00 |  | 300.00 |
| 11/25/13 | 11 | MOHAMMED MAZHER | SETTLEMENT - VEHICLE | 1129-000 | 300.00 |  | 600.00 |
|  |  | 573 Limerick Drive |  |  |  |  |  |
|  |  | Elgin, IL 60124-4353 |  |  |  |  |  |
| 12/20/13 |  | Trsf To Associated Bank | FINAL TRANSFER | 9999-000 |  | 600.00 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 600.00 | 600.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 600.00 |  |
| Subtotal | 600.00 | 0.00 |  |
| Less: Payments to Debtors |  | 0.00 |  |
| Net | 600.00 | 0.00 |  |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********6859 | 4,050.00 | 4,650.00 | 0.00 |
| Checking Account (Non-Interest Earn - ********0003 | 600.00 | 0.00 | 0.00 |
|  | ---------------------- | ---------------------- | ---------------------- |
|  | 4,650.00 | 4,650.00 | 0.00 |
|  | ============ | ============ | ============ |
|  | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    600.00    600.00

Ver: 19.06a

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 13)*